# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1572

_____

JAMAIL D. ZIEGLER,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

June 27, 2018

PER CURIAM.

   The petition for writ of habeas corpus is denied on the merits.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jamail D. Ziegler, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.